Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE KAYYALI ET AL. _____ v. _____

No. 15-1268

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    See attached sheet
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Brian M. Kolkowski
Law firm: Cleveland Medical Devices Inc.
Address: 4415 Euclid Ave., Suite 500
City, State and ZIP: Cleveland, OH 44103
Telephone: (216) 649-0376
Fax #: (216) 649-0397
E-mail address: bkolkowski@clevemed.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/26/2015                         /s/ Brian M. Kolkowski
Date                              Signature of pro se or counsel

cc: _____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE KAYYALI ET AL.

No. 15-1268

Names of all parties represented by counsel entering appearance on previous page:

Hani Kayyali

Craig A. Frederick

Christian Martin

Robert N. Schmidt

Brian M. Kolkowski